**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Robert Belle, Appellant,

v.

William Leach, Respondent.

Appellate Case No. 2023-000488

———————

Appeal From Greenville County
Michael G. Nettles, Circuit Court Judge

———————

Unpublished Opinion No. 2025-UP-409
Submitted October 1, 2025 – Filed December 10, 2025

———————

**AFFIRMED**

———————

Robert Belle, of Taylors, pro se.

William Leach, of Greer, pro se.

———————

**PER CURIAM:**  Robert Belle appeals the circuit court's order affirming the magistrate court's order which granted William Leach a judgment in the amount of $5,800 related to the parties' agreement regarding yard grading and the

construction of a fence.  On appeal, Belle argues the circuit court erred in affirming the magistrate's court's judgment.  We affirm pursuant to Rule 220(b), SCACR.[1]

We hold all of Belle's issues are abandoned on appeal because he failed to provide any supporting authority.  *See First Sav. Bank v. McLean*, 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (holding that when an appellant "fails to provide arguments or supporting authority," he is "deemed to have abandoned th[e] issue").

**AFFIRMED.**[2]

**WILLIAMS, C.J., and THOMAS, and CURTIS, JJ., concur.**

---

[1] Respondent did not file a brief.  Although this court may take any action it deems proper, including reversal, when a respondent fails to timely file a brief, we believe Appellant's abandonment of his issues on appeal is sufficient for this court to affirm.  *See* Rule 208(a)(4), SCACR ("Upon the failure of respondent to timely file a brief, the appellate court may take such action as it deems proper."); Rule 220(c), SCACR ("The appellate court may affirm any ruling, order, decision or judgment upon any ground(s) appearing in the Record on Appeal.").

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.